IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JAN 26 1972
JAMES R. COONEY, CLERK
BY
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. 5193 |
| v. ) | |
| ) | (Carthage I.S.D.) |
| TEXAS EDUCATION AGENCY, ) | |
| et al., ) | |
| Defendants. ) | |

## CONSENT DECREE AND ORDER

The United States filed its complaint herein on August 7, 1970, seeking to require defendants to disestablish the Carthage Independent School District's dual system of schools based on race. This Court entered an order on August 24, 1970, requiring the defendant school district to implement the desegregation plan agreed upon by the Carthage Independent School District and the United States, commencing with the 1970-71 school year. The order, likewise required that the defendant school district file a report with the Court by October 1, 1970, and serve copies on the United States, indicating the racial composition of the student body in each school, grade and classroom in the system, and the number of teachers by race assigned to each school in the system. The defendant school district, accordingly, filed a report with the Court as required

by the August 24, 1970, Order. After consultation between representatives of the United States and school officials, the parties to this action have agreed to model the reporting provisions after those required in United States v. Hinds County School Board, (5th Cir. 1970), 433 F.2d 611, 618-619.

IT IS THEREFORE ORDERED that on December 1, 1971, and April 15, 1972, and thereafter on October 1 and April 15, annually until further order of this Court, defendants shall file with this Court, and serve copies on the United States, a report setting forth the following information:

I.

(a) The number of students by race enrolled in the school district;

(b) The number of students by race enrolled in each school of the district;

(c) The number of students by race enrolled in each classroom in each of the schools in the district.

II.

(a) The number of full time teachers by race in the district;

(b) The number of full time teachers by race in each school in the district;

(c) The number of part time teachers by race in the district;

(d) The number of part time teachers by race in each school in the district.

III.

Describe the requests and the results which have accrued, by race, under the majority to the minority transfer provision which was a part of this Court's order of August 24, 1970.

IV.

State the number of inter-district transfers granted since this Court's order of August 24, 1970, the race of the students who were granted such transfers, and the school district to which the transfers were allowed.

V.

State whether the transportation system, if any, in the district is desegregated to the extent that Negro and white students are transported daily on the same buses.

VI.

State whether all facilities such as gymnasiums, auditoriums, and cafeterias are being operated on a desegregated basis.

VII.

Give brief description of any present or proposed construction or expansion of facilities.

VIII.

(a) State whether the school board has sold or abandoned any school facility, equipment, or supplies having a total value of more than $500.00 since this Court's order of August 24, 1970.

IX.

(a) State whether there is a bi-racial advisory committee to the school board in the school district;

(b) If so, state whether the bi-racial advisory committee has submitted recommendations to the board of education;

(c) If so, state the number and disposition of such recommendations;

(d) If a bi-racial committee is in existence, state briefly the areas of the education process in which the bi-racial committee is to function.

DONE this 26th day of January, 1972.

*[signature]*
UNITED STATES DISTRICT JUDGE

Approved:

*[signature]*
JOSEPH D. RICH
Attorney for United States

*[signature]*
J. E. JACKSON
Attorney for Carthage Independent
    School District